IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| VICTOR TYLER WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 106-134 |
| RONNIE STRENGTH, Sheriff, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, because Plaintiff has failed to state a claim upon which relief can be granted, Plaintiff's complaint is **DISMISSED**, and this civil action shall be **CLOSED**.

SO ORDERED this 7th day of February, 2007, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE